**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**


RE: Docket Number 2020-CA-0260


Stephanie Corona

- - Versus - -

LA Correctional Institute for Women

Workers Compensation Administration, Baton
Rouge District Office, 5
Case #: 1702482
East Baton Rouge Parish


On Application for Rehearing filed on 11/17/2020 by Stephanie Corona

Rehearing _____Denied_____


_____
John Michael Guidry

_____
Page McClendon

_____
Walter I. Lanier, III


Date ___DEC 2 1 2020_____

_____
Rodd Naquin
Clerk of Court